# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

USA,

v.

MANUEL TORRES,

**WARRANT FOR ARREST**

Case Number: 2:08-CR-00414-LKK

RECEIVED
UNITED STATES MARSHAL
2008 SEP 11 PM 3: 45

15685730

**FILED**
SEP 16 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Manuel Torres,

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment    ☐ Information    ☐ Violation Petition    ☐ Other _____

charging him or her with (brief description of offense)

**Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine**

in violation of Title  21    United States Code, Section(s)  846

| D. Duong | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Duong (Signature) | 9/11/08    Sacramento |
| Signature of Issuing Officer | Date and Location |

Bail fixed at  $No Bail         by    Magistrate Judge Gregory G. Hollows

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant

| 9-11-08 | Robert B. Kittrell  S/A |
|---|---|
| Date Received | Name and Title of Arresting Officer |
| 9-15-08 | /s/ (Signature) |
| Date of Arrest | Signature of Arresting Officer |