# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**USA,**

v.

**JOSE MIGUEL GARCIA,**

**WARRANT FOR ARREST**

156 8521

Case Number: **2:08–CR–00414–LKK**

RECEIVED
UNITED STATES MARSHAL
2008 SEP 11 PM 3:45

**FILED**

SEP 1 6 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     **Jose Miguel Garcia,**

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment     ☐ Information     ☐ Violation Petition     ☐ Other _____

charging him or her with (brief description of offense)

**Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine**

in violation of Title **21**     United States Code, Section(s) **846**

| D. Duong | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | **9/11/08**     **Sacramento** |
| Signature of Issuing Officer | Date and Location |

Bail fixed at **$No Bail**     by     **Magistrate Judge Gregory G. Hollows**

---

**RETURN**

This warrant was received and executed with the arrest of the above–named defendant

| 9-11-08 | Robert F. Kanoui, S/A |
|---|---|
| Date Received | Name and Title of Arresting Officer |
| 9-15-08 | [signature] |
| Date of Arrest | Signature of Arresting Officer |