```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  BENJAMIN GALLOWAY, Bar # 214897
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    MARIA RAMIREZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-414 LKK |
| ) | |
| Plaintiff, ) | |
| ) | ORDER AFTER HEARING |
| v. ) | |
| ) | |
| MARIA RAMIREZ, ) | |
| MANUEL TORRES, ) | |
| JOSE MIGUEL GARCIA, ) | Judge: Hon. Lawrence K. Karlton |
| JASMINE VARGAS, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____ | |

    This matter came before the Court for Status Conference on October 15, 2008, in the courtroom of the Honorable Lawrence K. Karlton, U.S. District Court Judge. The government was represented by its counsel, Assistant United States Attorney Michael Beckwith for Jill Thomas. Defendant Maria Ramirez was present in custody, and was represented by her counsel, Assistant Federal Defender Benjamin Galloway. Manuel Torres was present in custody, and was represented by his counsel, Dina Lee Santos for Clemente M. Jimenez. Jose Miguel Garcia was present in

1  custody, and was represented by his counsel, Dina Lee Santos. Jasmine
2  Vargas was present out of custody, and was represented by her counsel
3  Hector Arnoldo Cavazos, Jr.
4      All parties requested that the matter be set for further  status
5  conference on December 1, 2008 at 1:30 p.m.
6       The parties agreed on the need for additional time to allow time
7  for defense preparation.
8        IT IS HEREBY ORDERED that this matter be set for further Status
9  Conference on December 1, 2008 at 1:30 p.m..
10       IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161
11 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4), the period
12 from October 15, 2008 to and including December 1, 2008 is excluded
13 from the time computations required by the Speedy Trial Act due to
14 ongoing preparation of counsel.
15 DATED: October 22, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2