```
LAWRENCE G. BROWN
Acting United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2781
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S-08-0414 LKK |
| Plaintiff, ) | |
| v.   ) | ORDER CONTINUING STATUS CONFERENCE |
| MANUAL TORRES, ) JOSE MIGUEL GARCIA, ) MARIA RAMIREZ, and ) JASMINE VARGAS, ) | |
| Defendants. ) | |

**ORDER**

The parties appeared before the Court on Tuesday, May 19, 2009, in case number S-08-0414 LKK.  At that time, based upon the representations and agreement of all counsel, the Court ordered that the status conference, be continued to July 7, 2009, at 9:15 a.m., and that the time between the two above dates was excluded from the calculation of time under the Speedy Trial Act.  18 U.S.C. § 3161.

The exclusion of time is appropriate due to the defense counsels' need to prepare.  18 U.S.C. § 3161(h)(8)(B)(ii) and (iv); Local Code T4.  A continuance is necessary in this case in

1

1 order to ensure defense counsel has a reasonable amount of time
2 to review the evidence and prepare for motions given the
3 limitations imposed by Congress.  It's also necessary to ensure
4 defense counsel's effective preparation, taking into account the
5 exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv); Local
6 Code T4.

7     ACCORDINGLY, it is hereby ordered that further status
8 conference be set for July 7, 2009, at 9:15 a.m., and that the
9 time beginning May 19, 2009, and extending through July 7, 2009,
10 be excluded from the calculation of time under the Speedy Trial
11 Act.  The Court finds that the interests of justice served by
12 granting this continuance outweigh the best interests of the
13 public and the defendant in a speedy trial.  18 U.S.C. §
14 3161(h)(8)(A).

15     IT IS SO ORDERED.

Dated: June 8, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT