```
LAWRENCE G. BROWN
Acting United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2781
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. No. S-08-0414 LKK |
| Plaintiff, | ) |
| v. | ) ORDER AFTER HEARING |
| MANUAL TORRES, JOSE MIGUEL GARCIA, MARIA RAMIREZ, and JASMINE VARGAS, | ) |
| Defendants. | ) |

**ORDER**

The parties appeared before the Court on Tuesday, July 7, 2009, in case number S-08-0414 LKK.  At that time, based upon the representations and agreement of all counsel, the Court ordered that the status conference set for Tuesday, July 7, 2009, at 9:15 a.m., be continued to Tuesday, August 18, 2009, at 9:15 a.m., and that the time between the two above dates was excluded from the calculation of time under the Speedy Trial Act.  18 U.S.C. § 3161.

The exclusion of time is appropriate due to the defense counsels' need to prepare.  18 U.S.C. § 3161(h)(8)(B)(ii) and

1

(iv); Local Code T4.  A continuance is necessary in this case in order to ensure defense counsel has a reasonable amount of time to review the evidence and prepare for motions given the limitations imposed by Congress.  It's also necessary to ensure defense counsel's effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

ACCORDINGLY, it is hereby ordered that the status conference set for July 7, 2009, at 9:15 a.m., be continued to Tuesday, August 18, 2009, at 9:15 a.m., and that the time beginning July 7, 2009, and extending through August 18, 2009 be excluded from the calculation of time under the Speedy Trial Act.  The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

Dated: July 29, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT