1  LAWRENCE G. BROWN
   United States Attorney
2  JILL M. THOMAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2781

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR. No. S-08-0414 LKK |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER CONTINUING STATUS<br>) CONFERENCE |
| MANUAL TORRES, and<br>JOSE MIGUEL GARCIA, | ) |
| Defendants. | ) |

**ORDER**

The parties appeared before the Court on Tuesday, September 15, 2009, in case number S-08-0414 LKK.  At that time, based upon the representations and agreement of all counsel, the Court ordered that further status conference be set for October 14, 2009, at 9:15 a.m., and that the time between the September 15, 2009, and October 14, 2009, be excluded from the calculation of time under the Speedy Trial Act.  18 U.S.C. § 3161.

The exclusion of time is appropriate due to the defense counsels' need to prepare.  18 U.S.C. § 3161(h)(8)(B)(ii) and (iv); Local Code T4.  A continuance is necessary in this case in

1

order to ensure defense counsel has a reasonable amount of time to review the evidence and prepare for motions given the limitations imposed by Congress.  It's also necessary to ensure defense counsel's effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

ACCORDINGLY, it is hereby ordered that further status conference be set for October 14, 2009, at 9:15 a.m., and that the time beginning September 15, 2009, and extending through October 14, 2009 be excluded from the calculation of time under the Speedy Trial Act.  The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

Dated: October 2, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT