1  ADAM J. STEWART, SBN 167403
   SCOTT G. LYON, SBN 199800
2  **MOORAD, CLARK & STEWART**
   1020 15th Street, Suite 22
3  Modesto, CA. 95354
   Telephone (209) 526-0522
4  Fax (209) 526-4703

5  Attorneys for Defendant
   JOSE MIGUEL GARCIA

8        IN THE UNITED STATES DISTRICT COURT FOR THE

9                EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO.: S-08-414 LKK |
| Plaintiff, | |
| v. | **ORDER ON MOTION TO WITHDRAW AS COUNSEL** |
| MANUAL TORRES, and<br>JOSE MIGUEL GARCIA, | Date: October 27, 2009<br>Time: 9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |
| Defendants. | |

This matter came on regularly for hearing on the motion to withdraw as counsel, for defendant Jose M. Garcia, on on Tuesday, October 27, 2009, in Department 4, with the Honorable Judge Lawrence K. Karlton presiding. Attorney Scott G. Lyon appeared on behalf of Adam J. Stewart and Moorad, Clark & Stewart. Deputy United States Attorney Jill Thomas appeared on behalf of the United States.

After consideration of the motion to withdraw as counsel and the argument of counsel, the court is of the opinion that the motion is proper.

THEREFORE, IT IS HEREBY ORDERED that:

1. The motion is GRANTED;

2. Adam J. Stewart of the firm of Moorad, Clark & Stewart may withdraw as counsel of record in this matter.

DATED: November 3, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT