BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2781

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S-08-414 LKK |
| Plaintiff, ) | |
| ) | ORDER AFTER HEARING |
| ) | CONTINUING STATUS |
| ) | CONFERENCE, SETTING TRIAL |
| ) | CONFIRMATION HEARING, AND |
| ) | JURY TRIAL DATE |
| v. ) | |
| MANUEL TORRES, and ) | |
| JOSE MIGUEL GARCIA ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The parties appeared before the Court on February 23, 2010, in case number CR S-08-414-LKK.  Assistant U.S. Attorney Jill M. Thomas represented the United States, James Mootz appeared on behalf of  Manuel Torres, and John Manning appeared on behalf of Jose Miguel Garcia("Defendants").  Defendants were present and in custody.

Based upon the representations and agreement of all counsel,

the Court ordered that the next status conference be set for March 30, 2010 at 9:15 A.M.  The Court further ordered that the Trial Confirmation Hearing be set for June 8, 2010, at 9:15 A.M. and the Jury Trial be set for June 22, 2010, at 10:30 A.M.

    Accordingly, the parties agreed that time beginning February 23, 2010, and extending through June 22, 2010, be excluded from the calculation of time under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and Local Code T4.

    The Court directed government counsel to prepare a formal order.

    ACCORDINGLY, it is hereby ordered:

    1.   Status Conference set for March 30, 2010, at 9:15 A.M.

    2.   Trial Confirmation Hearing set for June 8, 2010, at 9:15 A.M.

    3.   Jury Trial Set for June 22, 2010, at 10:30 A.M.

    4.   Based on the party's representations, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial.  Accordingly, time under the Speedy Trial Act and Local Code T4 shall be excluded through June 22, 2010.

    IT IS SO ORDERED

Date:     February 25, 2010   _____
                                          LAWRENCE K. KARLTON
                                          SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT