JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JOSE MIGUEL GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO. S-08-414 LKK |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO PRODUCE METHAMPHATAMINE SAMPLE TO DEFENSE EXPERT FOR TESTING PURSUANT TO FEDERAL RULE CRIMINAL PROCEDURE 16(a)(1)(E) |
| JOSE MIGUEL GARCIA, | |
| Defendants. | Judge: Hon. Lawrence K. Karlton |

    United States of America through its counsel, Jill M. Thomas, Assistant United States Attorney, together with counsel for defendant Jose Miguel Garcia, John R. Manning, Esq., stipulate and agree to the following:

1. The government will produce the suspected methamphetamine confiscated in this case and listed as exhibits 12 and 13 on pages 42-43 of the discovery to be tested for net weight and purity by an expert hired by the defense.

2. Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(E), the government shall allow the defense to independently inspect and analyze a representative sample from the above listed drug exhibits.

1. A Drug Enforcement Administration ("DEA") Special Agent or Task Force Office shall deliver the drug exhibits identified above to Jeffery L. Zehnder, Senior Drug Detection Laboratories, Inc. located at 9700 Business Park Drive, Suite 406, Sacramento, California 95827, telephone number (916) 366-3113.  The DEA shall arrange for such delivery as soon as practical and shall arrange for the deliver with Jeffery L. Zehnder and/or Drug Detection Laboratories, Inc.

2. Upon delivery of the above-listed drug exhibits to the defense expert, a DEA Special Agent or Task Force Officer shall be present when the defense expert inspects, weighs, and removes representative samples from the above-listed drug exhibits for analysis.  The representative samples shall be in the amount of 500 mg or not more than one-half the current reserve weight from each exhibit.  The weight of each representative sample taken shall be documented and signed by the defense expert and provided to the DEA Special Agent or Task Force Officer in attendance.  Upon the completion of the sample removal and weighing, the defense expert shall, forthwith return the remaining above-listed drug exhibit to the DEA Agent or Task Force Officer in attendance.

3. The defense expert shall conduct the qualitative analysis of the samples agreed to in this stipulation and shall provide the Government with a Declaration under penalty of perjury, executed by the individual who conducted the analysis, or the head of the facility where the analysis occurred, which states the quantity of each exhibit sample returned to the Government, or a statement that all sample was consumed during testing.

4. All remaining sample material, if there is any remaining after testing, is to be returned by Jeffery L. Zehnder or Drug Detection Laboratories, Inc. to the DEA at whatever address is supplied by the Agent or Task Force Office who delivers the sample, by registered by U.S. mail, return receipt requested, or approved commercial carrier, within five (5) business days after the completion of the analysis.

5. The defense agrees to provide the Government with a copy of the results or reports of the tests performed by the defense expert as provided Rule 16(b)(1)(B) of the Federal Rules of Criminal Procedure.

6. Finally, the defense expert, Jeffery L. Zender, is to safeguard the representative sample received, preserving the chain of custody in a manner to faithfully protect the integrity of the exhibit received.

Dated: May 17, 2010                              Respectfully submitted,

                                                 /s/ John R. Manning
                                                 JOHN R. MANNING
                                                 Attorney for Defendant
                                                 Jose Miguel Garcia


                                                 Lawrence G. Brown
                                                 United States Attorney

                                        by:      /s/ Jill M. Thomas
                                                 JILL M. THOMAS
                                                 Assistant U.S. Attorney

## ORDER

Based upon the stipulation of counsel set forth above, the Court adopts the stipulations.

IT IS SO ORDERED.

Dated: May 25, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3