JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JOSE MIGUEL GARCIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MANUEL TORRES, et al,<br><br>　　　　Defendants. | No. CR-S-08-414 LKK<br><br>STIPULATION AND<br>ORDER CONTINUING STATUS<br>CONFERENCE<br><br>Judge:  Honorable Lawrence K. Karlton |

　　　　IT IS HEREBY stipulated between the United States of America through its counsel, Jill M. Thomas, Assistant United States Attorney, together with counsel for defendant Jose Miguel Garcia, John R. Manning, Esq., and counsel for defendant Manuel Torres, James P. Mootz, Esq., that the trial confirming conference presently set for June 8, 2010 be **continued to July 20, 2010, at 9:15 a.m**. **It is further stipulated between the parties that the presently scheduled Jury Trial date of June 22, 2010 be vacated as well.  If necessary, the parties will set further jury trial dates on July 20, 2010 (or thereafter as needed).**

　　　　The controlled substances allegedly involved in this matter are being retested for weight and purity.  Additionally, settlement negotiations are ongoing and progressing towards resolution.  Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code§ 3161(h)(7)(B)(iv) and Local Code T4 (continuity of

1

1  counsel / reasonable time for effective preparation), and agree to exclude time from June 8, 2010,
2  until the date of the status conference, July 20, 2010.

5  IT IS SO STIPULATED.

6  Dated: June 4, 2010                                    /s/ John R. Manning
7                                                          JOHN R. MANNING
                                                           Attorney for Defendant
8                                                          Jose Miguel Garcia

10 Dated: June 4, 2010                                    /s/ James P. Mootz
                                                           JAMES P. MOOTZ
11                                                         Attorney for Defendant
12                                                         Manuel Torres

14 Dated: June 4, 2010                                    Benjamin B. Wagner
                                                           United States Attorney
15
16                                              by:        /s/ Jill M. Thomas
                                                           JILL M. THOMAS
17                                                         Assistant U.S. Attorney

2

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JOSE MIGUEL GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-08-414 LKK |
| Plaintiff, | ) ORDER TO |
| v. | ) CONTINUE TRIAL CONFIRMATION |
| | ) CONFERNCE AND VACATE JURY TRIAL |
| MANUEL TORRES, et al, | ) |
| Defendants. | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the June 8, 2010 trial confirmation conference be continued to July 20, 2010 at 9:15 a.m. and that the jury trial date of June 22, 2010 be vacated. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 from June 8, 2010, to July 20, 2010.

IT IS SO ORDERED.
Dated: June 7, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3