JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JOSE MIGUEL GARCIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL TORRES, et al,<br><br>Defendants. | No. CR-S-08-414 LKK<br><br>STIPULATION AND<br>ORDER CONTINUING STATUS<br>CONFERENCE<br><br>Judge: Honorable Lawrence K. Karlton |

IT IS HEREBY stipulated between the United States of America through its counsel, Jill M. Thomas, Assistant United States Attorney, together with counsel for defendant Jose Miguel Garcia, John R. Manning, Esq., and counsel for defendant Manuel Torres, James P. Mootz, Esq., that the status conference presently set for July 20, 2010 be **continued to August 31, 2010, at 9:15 a.m**., thus vacating the presently set status conference.

Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code§ 3161(h)(7)(B)(iv) and Local Code T4 (continuity of counsel / reasonable time for effective preparation, specifically settlement negotiations are ongoing and progressing towards resolution in this case), and agree to exclude time from July 20, 2010, until the date of the status conference, August 31, 2010.

///

IT IS SO STIPULATED.

Dated: July 16, 2010                                         /s/  John R. Manning
                                                            JOHN R. MANNING
                                                            Attorney for Defendant
                                                            Jose Miguel Garcia


Dated: July 16, 2010                                         /s/  James P. Mootz
                                                            JAMES P. MOOTZ
                                                            Attorney for Defendant
                                                            Manuel Torres


Dated: July 16, 2010                                         Benjamin B. Wagner
                                                            United States Attorney

                                                    by:     /s/ Jill M. Thomas
                                                            JILL M. THOMAS
                                                            Assistant U.S. Attorney

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JOSE MIGUEL GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-414 LKK |
| Plaintiff, ) | ORDER TO |
| ) | CONTINUE STATUS CONFERNCE |
| v. ) | |
| MANUEL TORRES, et al, ) | |
| Defendants. ) | |

GOOD CAUSE APPEARING, it is hereby ordered that the July 20, 2010 status conference be continued to August 31, 2010 at 9:15 a.m. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 from July 20, 2010, to August 31, 2010.

IT IS SO ORDERED.
Dated: July 19, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3