JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JOSE MIGUEL GARCIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-414 LKK |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| ) | ORDER CONTINUING STATUS |
| v. ) | CONFERENCE |
| ) | |
| MANUEL TORRES, et al, ) | |
| ) | Judge:  Honorable Lawrence K. Karlton |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |

IT IS HEREBY stipulated between the United States of America through its counsel,

Jill M. Thomas, Assistant United States Attorney, together with counsel for defendant Jose

Miguel Garcia, John R. Manning, Esq., and counsel for defendant Manuel Torres,

James P. Mootz, Esq., that the status conference presently set for August 31, 2010 be **continued**

**to October 13, 2010, at 9:15 a.m.**, thus vacating the presently set status conference.

Counsel for the parties agree that this is an appropriate exclusion of time within the

meaning of Title 18, United States Code§ 3161(h)(7)(B)(iv) and Local Code T4 (continuity of

counsel / reasonable time for effective preparation, specifically settlement negotiations are

ongoing and progressing towards resolution in this case), and agree to exclude time from August

31, 2010, until the date of the status conference, October 13, 2010.

///

IT IS SO STIPULATED.

Dated: August 30, 2010                                    /s/  John R. Manning
                                                         JOHN R. MANNING
                                                         Attorney for Defendant
                                                         Jose Miguel Garcia


Dated: August 30, 2010                                    /s/  James P. Mootz
                                                         JAMES P. MOOTZ
                                                         Attorney for Defendant
                                                         Manuel Torres


Dated: August 30, 2010                                   Benjamin B. Wagner
                                                         United States Attorney

                                            by:          /s/ Jill M. Thomas
                                                         JILL M. THOMAS
                                                         Assistant U.S. Attorney

1

2    JOHN R. MANNING (SBN 220874)
     ATTORNEY AT LAW
3    1111 H Street, # 204
     Sacramento, CA. 95814
4    (916) 444-3994
     Fax (916) 447-0931
5

6    Attorney for Defendant
     JOSE MIGUEL GARCIA
7

8

9                    IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12   UNITED STATES OF AMERICA,        )   No. CR-S-08-414 LKK
                                       )
13            Plaintiff,               )
                                       )   ORDER TO
14   v.                                )    CONTINUE STATUS CONFERNCE
                                       )
15   MANUEL TORRES, et al,             )
                                       )
16                                     )
              Defendants.              )
17                                     )
                                       )
18                                     )
                                       )
19   _____

20        GOOD CAUSE APPEARING, it is hereby ordered that the August 31, 2010 status

21   conference be continued to October 13, 2010 at 9:15 a.m.  I find that the ends of justice warrant

22   an exclusion of time and that the defendant's need for continuity of counsel and reasonable time

23   for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT

24   IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv)

25   and Local Code T4 from August 31, 2010, to October 13, 2010.

26   IT IS SO ORDERED.
     Dated:  September 3, 2010
27
                                       LAWRENCE K. KARLTON
28                                     SENIOR JUDGE
                                       UNITED STATES DISTRICT COURT

                                      3