```
BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2781
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S-08-0414 LKK |
| Plaintiff, ) | |
| v. ) | ORDER CONTINUING STATUS CONFERENCE |
| MANUAL TORRES, and ) JOSE MIGUEL GARCIA, ) | |
| Defendants. ) | |

**ORDER**

The parties appeared before the Court on Wednesday, October 13, 2010, in case number CR S-08-0414 LKK.  At that time, based upon the representations and agreement of all counsel, the Court ordered that the status conference, be continued to October 26, 2010, at 9:15 a.m., and that the time between the two above dates was excluded from the calculation of time under the Speedy Trial Act.  18 U.S.C. § 3161.

The exclusion of time is appropriate due to the defense counsels' need to prepare.  18 U.S.C. § 3161(h)(8)(B)(ii) and (iv); Local Code T4.  A continuance is necessary in this case in

1

1  order to ensure defense counsel has a reasonable amount of time
2  to review the evidence and prepare for motions given the
3  limitations imposed by Congress.  It's also necessary to ensure
4  defense counsel's effective preparation, taking into account the
5  exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv); Local
6  Code T4.
7       ACCORDINGLY, it is hereby ordered that the status conference
8  be set for October 26, 2010, at 9:15 a.m., and that the time
9  beginning October 13, 2010, and extending through October 26,
10 2010, be excluded from the calculation of time under the Speedy
11 Trial Act.  The Court finds that the interests of justice served
12 by granting this continuance outweigh the best interests of the
13 public and the defendant in a speedy trial.  18 U.S.C. §
14 3161(h)(8)(A).
15      IT IS SO ORDERED.

Dated: October 22, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2