LAWRENCE G. BROWN
Acting United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2781

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. No. S-08-0414 LKK |
| Plaintiff, | ) |
| v. | ) ORDER CONTINUING STATUS |
| | ) CONFERENCE |
| MANUAL TORRES, and | ) |
| JOSE MIGUEL GARCIA, | ) |
| Defendants. | ) |

**ORDER**

The parties appeared before the Court on Tuesday, October 26, 2010, in case number S-08-0414 LKK.  At that time, based upon the representations and agreement of all counsel, the Court ordered that the status conference be set for Tuesday, December 14, 2010, at 9:15 a.m., and that the time between the October 26, 2010, and December 14, 2010, be excluded from the calculation of time under the Speedy Trial Act.  18 U.S.C. § 3161.

The exclusion of time is appropriate due to the defense counsels' need to prepare.  18 U.S.C. § 3161(h)(8)(B)(ii) and (iv); Local Code T4.  A continuance is necessary in this case in

1

1 | order to ensure defense counsel has a reasonable amount of time
2 | to review the evidence and prepare for motions given the
3 | limitations imposed by Congress.  It's also necessary to ensure
4 | defense counsel's effective preparation, taking into account the
5 | exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv); Local
6 | Code T4.
7 |     ACCORDINGLY, it is hereby ordered that the status conference
8 | be set for Tuesday, December 14, 2010, at 9:15 a.m., and that the
9 | time beginning October 26, 2010, and extending through December
10 | 14, 2010 be excluded from the calculation of time under the
11 | Speedy Trial Act.  The Court finds that the interests of justice
12 | served by granting this continuance outweigh the best interests
13 | of the public and the defendant in a speedy trial.  18 U.S.C. §
14 | 3161(h)(8)(A).
15 |     IT IS SO ORDERED.

Dated: October 27, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2