Case 2:08-cr-00414-TLN   Document 109   Filed 12/21/10   Page 1 of 3

BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2781

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. No. S 2:08-00414 LKK |
| Plaintiff, | ) |
| v. | ) ORDER CONTINUING STATUS |
| | ) CONFERENCE |
| MANUEL TORRES, and | ) |
| JOSE MIGUEL GARCIA, | ) |
| Defendants. | ) |

**ORDER**

The parties appeared before the Court on Tuesday, December 14, 2010, in case number CR S 2:08-00414 LKK.  At that time, based upon the representations and agreement of all counsel, the Court ordered that the status conference for defendant Jose Miguel Garcia be continued to February 1, 2011, at 9:15 a.m., and that the time beginning December 14, 2010, and extending through February 1, 2011, was excluded from the calculation of time under the Speedy Trial Act.  18 U.S.C. § 3161.  As to defendant Manuel Torres, the Court ordered that the Trial Confirmation hearing be set for April 19, 2011, at 9:15 a.m., and Jury Trial be set for

1

1  May 10, 2011, at 10:30 a.m. and that the time beginning December
2  14, 2010, and extending through May 10, 2011, be excluded from
3  the calculation of time under the Speedy Trial Act.  18 U.S.C. §
4  3161.
5      The exclusion of time is appropriate due to the defense
6  counsels' need to prepare.  18 U.S.C. § 3161(h)(8)(B)(ii) and
7  (iv); Local Code T4.  A continuance is necessary in this case in
8  order to ensure defense counsel has a reasonable amount of time
9  to review the evidence given the limitations imposed by Congress.
10 It's also necessary to ensure defense counsel's effective
11 preparation, taking into account the exercise of due diligence.
12 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.
13     ACCORDINGLY, it is hereby ordered that the status conference
14 for defendant Jose Miguel Garcia is set for Tuesday, February 1,
15 2011, at 9:15 a.m., and that the time beginning December 14,
16 2010, and extending through February 1, 2011, is excluded from
17 the calculation of time under the Speedy Trial Act and Local Code
18 T4.  As to defendant Manuel Torres, the Trial Confirmation
19 hearing is set for April 19, 2011, at 9:15 a.m., and Jury Trial
20 is set for May 10, 2011, at 10:30 a.m. and that the time
21 beginning December 14, 2010, and extending through May 10, 2011,
22 is excluded from the calculation of time under the Speedy Trial
23 Act.  18 U.S.C. § 3161 and Local Code T4.
24 ///
25 ///
26 ///
27 ///
28 ///

The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

Dated: December 20, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT