JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JOSE MIGUEL GARCIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-08-414 LKK |
| Plaintiff, | ) |
| v. | ) STIPULATION AND |
| | ) ORDER CONTINUING STATUS |
| JOSE MIGUEL GARCIA, | ) CONFERENCE |
| Defendant. | ) Judge: Honorable Lawrence K. Karlton |

IT IS HEREBY stipulated between the United States of America through its counsel, Jill M. Thomas, Assistant United States Attorney, together with counsel for defendant Jose Miguel Garcia, John R. Manning, Esq., that the status conference / change of plea presently set for March 1, 2011 be **continued to April 5, 2011 at 9:15 a.m.**, thus vacating the presently set status conference / change of plea.

Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code§ 3161(h)(7)(B)(iv) and Local Code T4 (continuity of counsel / reasonable time for effective preparation, specifically more time is needed to finalize the resolution in this case), and agree to exclude time from March 1, 2011, until the date of the change of plea, April 5, 2011.

///

1

IT IS SO STIPULATED.

Dated: February 24, 2011 /s/  John R. Manning
JOHN R. MANNING
Attorney for Defendant
Jose Miguel Garcia

Dated: February 24, 2011 Benjamin B. Wagner
United States Attorney

by: /s/ Jill M. Thomas
JILL M. THOMAS
Assistant U.S. Attorney

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JOSE MIGUEL GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-08-414 LKK |
|---|---|
| Plaintiff, | ) ORDER TO |
| v. | ) CONTINUE STATUS CONFERNCE |
| JOSE MIGUEL GARCIA, | ) |
| Defendant. | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the March 1, 2011 status conference / change of plea be continued to April 5, 2011 at 9:15 a.m. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 from March 1, 2011, to April 5, 2011.

IT IS SO ORDERED.
Dated: February 28, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3