JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JOSE MIGUEL GARCIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>JOSE MIGUEL GARCIA,<br><br>            Defendant. | No. CR-S-08-414 LKK<br><br>STIPULATION AND<br>ORDER CONTINUING STATUS<br>CONFERENCE<br><br>Judge: Honorable Lawrence K. Karlton |

IT IS HEREBY stipulated between the United States of America through its counsel, Jill M. Thomas, Assistant United States Attorney, together with counsel for defendant Jose Miguel Garcia, John R. Manning, Esq., that the status conference presently set for April 5, 2011 be **continued to April 26, 2011 at 9:15 a.m**., thus vacating the presently set status conference.

Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code§ 3161(h)(7)(B)(iv) and Local Code T4 (continuity of counsel / reasonable time for effective preparation, specifically more time is needed to finalize the resolution in this case), and agree to exclude time from April 5, 2011, until the date of the status conference, April 26, 2011.

///

///

///

1

1  IT IS SO STIPULATED.

2  Dated: March 29, 2011                               /s/  John R. Manning
3                                                     JOHN R. MANNING
                                                      Attorney for Defendant
4                                                     Jose Miguel Garcia

5

6  Dated: March 29, 2011                              Benjamin B. Wagner
                                                      United States Attorney
7
                                                by:   /s/ Jill M. Thomas
8                                                     JILL M. THOMAS
                                                      Assistant U.S. Attorney
9

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JOSE MIGUEL GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-08-414 LKK |
| Plaintiff, | ) ORDER TO |
| v. | ) CONTINUE STATUS CONFERNCE |
| JOSE MIGUEL GARCIA, | ) |
| Defendant. | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the April 5, 2011 status conference be continued to April 26, 2011 at 9:15 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 from April 5, 2011, to April 26, 2011.

IT IS SO ORDERED.
Dated: April 5, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3