JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JOSE MIGUEL GARCIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOSE MIGUEL GARCIA and<br>DIMAS TORRES BARRAZA,<br><br>　　　　Defendants. | No. CR-S-08-414 LKK<br><br>STIPULATION AND<br>ORDER CONTINUING STATUS<br>CONFERENCE<br><br>Date:  June 1, 2011<br>Time:  9:15 a.m.<br>Judge:  Honorable Lawrence K. Karlton |

IT IS HEREBY stipulated between the United States of America through its counsel, Jill M. Thomas, Assistant United States Attorney, together with counsel for defendant Jose Miguel Garcia, John R. Manning, Esq., and counsel for defendant Dimas Torres Barraza, Clemente Jimenez, Esq., that the status conference presently set for April 26, 2011 be **continued to June 1, 2011 at 9:15 a.m**., thus vacating the presently set status conference.

Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code§ 3161(h)(7)(B)(iv) and Local Code T4 (continuity of counsel / reasonable time for effective preparation, specifically more time is needed to finalize the resolution in this case), and agree to exclude time from April 26, 2011, until the date of the status conference, June 1, 2011.

///

///

1

1  IT IS SO STIPULATED.

2  Dated: April 20, 2011                                /s/  John R. Manning
3                                                      JOHN R. MANNING
                                                       Attorney for Defendant
4                                                      Jose Miguel Garcia

5  Dated: April 20, 2011                                /s/  Clemente Jimenez
6                                                      JOHN R. MANNING
                                                       Attorney for Defendant
7                                                      Dimas Torres Barraz

8

9
   Dated: April 20, 2011                               Benjamin B. Wagner
10                                                     United States Attorney

11
                                                by:    /s/ Jill M. Thomas
12                                                     JILL M. THOMAS
                                                       Assistant U.S. Attorney
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

```
 1  JOHN R. MANNING (SBN 220874)
    ATTORNEY AT LAW
 2  1111 H Street, # 204
 3  Sacramento, CA. 95814
    (916) 444-3994
 4  Fax (916) 447-0931
 5
    Attorney for Defendant
 6  JOSE MIGUEL GARCIA
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-08-414 LKK |
| Plaintiff, | ) |
| v. | ) ORDER TO |
| | )  CONTINUE STATUS CONFERNCE |
| JOSE MIGUEL GARCIA and | ) |
| DIMAS TORROS BARRAZA, | ) |
| Defendants. | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the April 26, 2011 status conference be continued to June 1, 2011 at 9:15 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 from April 26, 2011, to June 1, 2011.

IT IS SO ORDERED.

Dated: April 22, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3