JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JOSE MIGUEL GARCIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JOSE MIGUEL GARCIA,<br><br>  Defendant. | No. CR-S-08-414 LKK<br><br>STIPULATION AND<br> ORDER CONTINUING STATUS CONFERENCE<br><br>Date:  July 19, 2011<br>Time:  9:15 a.m.<br>Judge:  Honorable Lawrence K. Karlton |

   IT IS HEREBY stipulated between the United States of America through its counsel, Jill M. Thomas, Assistant United States Attorney, together with counsel for defendant Jose Miguel Garcia, John R. Manning, Esq., that the status conference presently set for July 6, 2011 be **continued to July 19, 2011 at 9:15 a.m**., for a change of plea, thus vacating the presently set status conference.

   Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code§ 3161(h)(7)(B)(iv) and Local Code T4 (continuity of counsel / reasonable time for effective preparation, specifically more time is needed for the defense to review and discuss the proposed plea agreement), and agree to exclude time from July 6, 2011, until the date of the change of plea, July 19, 2011.

///

///

1

IT IS SO STIPULATED.

Dated: June 29, 2011                                    /s/  John R. Manning
                                                       JOHN R. MANNING
                                                       Attorney for Defendant
                                                       Jose Miguel Garcia


Dated: June 29, 2011                                   Benjamin B. Wagner
                                                       United States Attorney

                                              by:      /s/ Jill M. Thomas
                                                       JILL M. THOMAS
                                                       Assistant U.S. Attorney

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JOSE MIGUEL GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE MIGUEL GARCIA,<br><br>Defendant. | No. CR-S-08-414 LKK<br><br>ORDER TO<br>CONTINUE STATUS CONFERNCE |

GOOD CAUSE APPEARING, it is hereby ordered that the July 6, 2011 status conference be continued to July 19, 2011 at 9:15 a.m., for a change of plea. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 from July 6, 2011, to July 19, 2011.

IT IS SO ORDERED.
Dated:  June 29, 2011

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3