JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JOSE MIGUEL GARCIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSE MIGUEL GARCIA,<br><br>    Defendant. | No. CR. S-08-414 LKK<br><br>STIPULATION AND ORDER<br>CONTINUING SENTENCING<br><br>Date:  September 18, 2012<br>Time:  9:15 a.m.<br>Judge:  Honorable Lawrence K. Karlton |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for August 7, 2012. Counsel for the parties requests the date for judgment and sentencing be continued to **September 18, 2012 at 9:30 a.m**. The continuance is requested because counsel for Mr. Garcia and Counsel for the Government are continuing to negotiate a sentence in this matter in light of the plea agreement and circumstances surrounding the plea agreement. Additional time is necessary to research and respond to information and calculations contained in the PSR. Counsel for the defendant is in the process of obtaining additional documents relating to Defendant's (alleged) prior conviction.

2. The parties request that the court adopt the following schedule pertaining to the presentence report:

    **Judgment and Sentencing date:**                                         **9/18/12**

1

| | |
|---|---|
| Reply, or Statement of Non-Opposition: | 9/11/12 |
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 9/4/12 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | n/a |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | n/a |

IT IS SO STIPULATED.

Dated: July 19, 2012         /s/  John R. Manning
                             JOHN R. MANNING
                             Attorney for Defendant
                             Jose Miguel Garcia


Dated: July 19, 2012         Benjamin B. Wagner
                             United States Attorney

                       by:   /s/ Jill M. Thomas
                             JILL M. THOMAS
                             Assistant U.S. Attorney

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JOSE MIGUEL GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. S-08-414 LKK |
| Plaintiff, | ORDER TO CONTINUE SENTENCING |
| v. | |
| JOSE MIGUEL GARCIA, | |
| Defendant. | |

GOOD CAUSE APPEARING, it is hereby ordered that the date for the judgment and sentence of defendant Jose Miguel Garcia be continued from August 7, 2012 to September 18, 2012. The court hereby adopts the schedule concerning the presentence report as stipulated to by the parties and set forth herein.

IT IS SO ORDERED.

Dated: July 23, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT