JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JOSE MIGUEL GARCIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE MIGUEL GARCIA,<br><br>Defendant. | No. CR-S-08-414 LKK<br><br>STIPULATION AND<br>ORDER CONTINUING STATUS<br>CONFERENCE<br><br>Date:  September 18, 2012<br>Time:  9:15 a.m.<br>Judge:  Honorable Lawrence K. Karlton |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for September 18, 2012. Counsel for the parties requests the date for judgment and sentencing be continued to **October 2, 2012 at 9:15 a.m**. The continuance is requested because counsel for Mr. Garcia and Counsel for the Government are continuing to negotiate a sentence in this matter in light of the plea agreement and circumstances surrounding the plea agreement. Unanticipated complications have arisen potentially thwarting the Parties intention(s) with respect to sentencing. Additional time is necessary to research and respond to information and calculations contained in the PSR.

The parties request the court adopt the following schedule pertaining to the presentence report:

**Judgment and Sentencing date:**                                                     10/2/12

1

    Reply, or Statement of Non-Opposition:    9/25/12

    Motion for Correction of the Presentence Report
Shall be filed with the Court and served on the
Probation Officer and opposing counsel no later than:    9/18/12

The Presentence Report shall be filed with the Court
And disclosed to counsel no later than:    n/a

Counsel's written objections to the Presentence Report
Shall be delivered to the probation officer and opposing
Counsel no later than:    n/a

IT IS SO STIPULATED.

Dated: September 11, 2012    /s/  John R. Manning
    JOHN R. MANNING
    Attorney for Defendant
    Jose Miguel Garcia


Dated: September 11, 2012    Benjamin B. Wagner
    United States Attorney

    by:    /s/ Jill M. Thomas
    JILL M. THOMAS
    Assistant U.S. Attorney

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JOSE MIGUEL GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-08-414 LKK |
| Plaintiff, | ORDER TO CONTINUE STATUS CONFERNCE |
| v. | |
| JOSE MIGUEL GARCIA, | |
| Defendant. | |

GOOD CAUSE APPEARING, it is hereby ordered that the date for the judgment and sentence of defendant Jose Miguel Garcia be continued from September 18, 2012 to October 2, 2012 at 9:15 a.m.  The court hereby adopts the schedule concerning the presentence report as stipulated to by the parties and set forth herein.

IT IS SO ORDERED.
Dated:  September 13, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT