JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JOSE MIGUEL GARCIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-08-414 LKK |
|---|---|
| Plaintiff, | ) STIPULATION AND |
|  | ) ORDER CONTINUING |
| v. | ) JUDGMENT AND SENTENCING |
| JOSE MIGUEL GARCIA, | ) Date:  November 6, 2012 |
|  | ) Time:  9:15 a.m. |
| Defendant. | ) Judge: Honorable Lawrence K. Karlton |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for November 6, 2012. Counsel for the parties requests the date for judgment and sentencing be continued to **December 11, 2012 at 9:15 a.m**.  The continuance is requested because counsel for Mr. Garcia needs additional time to research and draft a sentencing memorandum on behalf of Mr. Garcia in light of the most recent plea agreement.

IT IS SO STIPULATED.

Dated: November 2, 2012                              /s/  John R. Manning
                                                     JOHN R. MANNING
                                                     Attorney for Defendant
                                                     Jose Miguel Garcia

1

| | |
|---|---|
| Dated: November 2, 2012 | Benjamin B. Wagner<br>United States Attorney |
| | by:  /s/ Jill M. Thomas<br>         JILL M. THOMAS<br>         Assistant U.S. Attorney |

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JOSE MIGUEL GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-08-414 LKK |
| Plaintiff, | ORDER TO |
| v. | CONTINUE STATUS CONFERNCE |
| JOSE MIGUEL GARCIA, | |
| Defendant. | |

GOOD CAUSE APPEARING, it is hereby ordered that the date for the judgment and sentence of defendant Jose Miguel Garcia be continued from November 6, 2012 to December, 2012.

IT IS SO ORDERED.
Dated: November 5, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3